IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. H-09-585 |
| § | |
| ABELARDO GUERRA, *et al.* § | |

**O R D E R**

The government filed an unopposed motion to certify the case as complex, (Docket Entry No. 37). The motion is granted. The case will be deemed complex.

The defendants filed an unopposed joint motion for continuance, (Docket Entry No. 40). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | March 22, 2010 |
| Responses are to be filed by: | April 5, 2010 |
| Pretrial conference is reset to: | **April 12, 2010, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **April 19, 2010, at 9:00 a.m.** |

SIGNED on January 21, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge