IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-09-585-2 |
| | § § § | |
| JOSE LUIS GUTIERREZ | § | |

**O R D E R**

Defendant Guerra filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 125). The motion for continuance is GRANTED. The sentencing hearing is reset to **December 13, 2011 at 9:00 a.m.** Objections to the presentence report are due by November 18, 2011.

SIGNED on September 15, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge